

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Smith aka David Garland Atwood II<br><br>Plaintiff,<br><br>V.<br><br>Officer Paula Burke, U.S. Probation<br><br>Defendant. | Civil Action No. 17cv1315-MMA(BLM)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies Plaintiff's motion for recusal. Additionally, the Court grants Defendant's motion and dismisses Plaintiff's FAC with prejudice.

Date: 3/29/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy